FILE COPY

RE: Case No. 25-0439          DATE: 5/23/2025
COA #: 15-24-00084-CV          TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. CORY  SCANLON
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                          DATE: 5/23/2025
COA #: 15-24-00084-CV                          TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MS. SYDNEY  SADLER
                    LLOYD GOSSELINK ROCHELLE & TOWNSEND,
                    P.C.
                    816 CONGRESS AVENUE
                    SUITE 1900
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0439                    DATE: 5/23/2025
COA #: 15-24-00084-CV                    TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

SAMUEL AGUIRRE
SAN MARCOS CITY ATTORNEY'S OFFICE
630 EAST HOPKINS STREET
SAN MARCOS, TX  78666-6300
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 5/23/2025
COA #: 15-24-00084-CV                   TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. JOSE E. DE LA FUENTE
LLOYD GOSSELINK ROCHELLE & TOWNSEND,
P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439        DATE: 5/23/2025
COA #: 15-24-00084-CV        TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

JACOB  PRZADA
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439  DATE: 5/23/2025
COA #: 15-24-00084-CV  TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

DISTRICT CLERK  HAYS COUNTY
HAYS COUNTY COURT
HAYS GOVERNMENT CENTER, SUITE 2211
712 SOUTH STAGECOACH TRAIL
SAN MARCOS, TX  78666
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 5/23/2025
COA #: 15-24-00084-CV                   TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas received and filed a
motion for extension of time to file petition for review
pursuant to Rule 53.7(f) in the above numbered and styled
case.


                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439          DATE: 5/23/2025
COA #: 15-24-00084-CV          TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. JAMES F. PARKER III
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0439                      DATE: 5/23/2025
    COA #: 15-24-00084-CV                      TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. JOHNATHAN D. STONE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439              DATE: 5/23/2025
COA #: 15-24-00084-CV          TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. GABRIELLE  SMITH
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 5/23/2025
COA #: 15-24-00084-CV                      TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. BARBARA  LEE QUIRK
SAN MARCOS CITY ATTORNEY'S OFFICE
630 EAST HOPKINS
SAN MARCOS, TX  78666
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                          DATE: 5/23/2025
COA #: 15-24-00084-CV                          TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

KYLE   TEBO
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX   78711
* DELIVERED VIA E-MAIL *